## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
_____oOo_____



FILED
JUL 30 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

UNITED STATES OF AMERICA

v.

CARLOS RUEDA-BARRAGAN

**WAIVER OF INDICTMENT**

CASE NUMBER: CR S-12-304 LKK

I, CARLOS RUEDA-BARRAGAN, the above-named defendant, have been accused in the Superseding Information with possession of a firearm during and in relation of a drug trafficking crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i), and manufacture of marijuana, in violation of 21 U.S.C. § 841(a)(1). I have been advised of the nature of the charges, the proposed Superseding Information, and of my rights. I hereby waive in open court on July 30, 2013, prosecution by Indictment and consent that the proceeding may be by Superseding Information rather than by Indictment.

*Carlos Rueda*
CARLOS RUEDA-BARRAGAN
Defendant

*Scott Cameron*
SCOTT CAMERON
Counsel for Defendant

Before _____
LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE